# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE FOXX, | |
| Plaintiff, | Case No.: 3:13-cv-00497-RCJ-VPC |
| vs. | |
| SHANE LOWERY et al., | **ORDER** |
| Defendants. | |

Plaintiff George Foxx has sued Defendants Shane Lowery and Galloway Energy, Inc. *in pro se* for securities fraud. Plaintiff has asked the Court to enter default judgment against Defendants. The Court denies the motion, as the docket indicates no entry of default as to any Defendant. *See Eitel v. McCool*, 782 F.2d 1470, 1471 (9th Cir. 1986) (citing Fed. R. Civ. P. 55; 6 *Moore's Federal Practice* ¶ 55.02[3], at 55-8). Plaintiff must ask the Clerk to enter default before the Court will consider a default judgment.

///

///

///

///

///

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion for Default Judgment (ECF No. 9) is DENIED.

IT IS SO ORDERED.

Dated this 16th day of June, 2014.

_____
ROBERT C. JONES
United States District Judge